Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ. [34 Misc 2d 840.]

■ ROSE W. GOLDSLEGER, Appellant, v. JOSEPH WEISS, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ JOSEPH WEISS, Respondent, v. ROSE W. GOLDSLEGER, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ THOMAS F. DOHERTY, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order, entered on February 16, 1961, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

■ In the Matter of MATTHEW L. DWYER, Petitioner, v. MICHAEL J. MURPHY, as Commissioner of Police of the City of New York, et al., Respondents. — Determination of the respondent, Commissioner of Police of the City of New York, unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

■ NEW YORK PLUMBERS' SPECIALTIES COMPANY, INC., Respondent, v. COLUMBIA CASUALTY COMPANY, Appellant, et al., Defendant.— Order, entered on April 4, 1962, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

■ NANETTE GUILFORD, Respondent, v. SEABOARD SURETY COMPANY, Appellant.— Order and judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ NANETTE GUILFORD, Respondent, v. VIRLEY THOMPSON et al., Defendants. SEABOARD SURETY COMPANY, Appellant.— Order, entered on September 18, 1961, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ MARION EKOVICH, Respondent, v. GREAT EASTERN HOME DEPARTMENTS, INC., et al., Appellants.— Order, entered on January 8, 1962, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ IZLIA ARROYO, Mother on Behalf of LUIS ARROYO, JR., et al., Appellants, v. LUIS ARROYO, Respondent.— Order, entered on November 24, 1961, so far as appealed from unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.

■ TEL-HOTEL CORP., Respondent, v. IRVING MAIDMAN, Doing Business as HOTEL BEVERLY, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.

■ HEWLETT PARK COMPANY, Respondent, v. 1193–1205 EAST BROADWAY OF HEWLETT, INC., Defendant, and GEORGE B. LEVINE, Appellant.— Order and judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.

■ In the Matter of THOMAS J. KENAN.— Application denied on the ground that the applicant has failed to furnish satisfactory proof that he is and has been an actual resident of the State of New York for not less than six months immediately preceding the making of such application for admission, as required by rule 1 (subd. [f], par. [3]) of the Rules of Civil Practice. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.